# Exhibit A

*The instant document is redacted for confidentiality purposes. The only portion of the document that is not redacted is the Assignment from AssuredPartners of Florida, LLC d/b/a Dawson of Florida to the Clausen Trust, Joanie S. Clausen Revocable Trust U/A Dated April 29, 2003. Should the Court require a review of the document in its entirety, the document could be filed under seal or made subject of an *in camera* review at the Court's discretion.*



*[AssuredPartners of Florida, LLC d/b/a Dawson of Florida]

3. [redacted] assign to Joanie S. Clausen Rev. Trust all of its rights of indemnification, defense, subrogation and contribution as to [redacted] BURNS AND WILCOX and US REPORTS, INC.[2] in relation to [redacted] allegations that their property located at 10279 Gulf Shore Drive, Naples, Florida 34108 was negligently underinsured. This assignment includes, but is not limited to, any rights of indemnification, defense, subrogation and contribution arising from the alleged negligence of BURNS AND WILCOX and US REPORTS in the preparation of estimates concerning the value of 10279 Gulf Shore Drive, Naples, Florida 34108. [redacted]

[2] BURNS AND WILCOX and US Reports shall include any and all agents, employees, or subsidiaries of BURNS AND WILCOX or US Reports; companies or individuals under its control or direction; or companies with whom it collaborated.





[redacted]

[redacted]

Joanie Clausen, Individually and as trustee sssssssof Joanie S. Clausen Rev. Trust:

Joanie Clausen

Signed and dated this 29 day of June, 2018.

STATE OF IOWA )
COUNTY OF IDA )

The foregoing instrument was acknowledged before me this 29 day of June, 2018, by Joanie Clausen, who is personally known to me or who has produced ________________ as identification.

SUSAN L. FITCH
Commission Number 178982
My Commission Expires
April 12, 20 19

Susan Fitch
(Signature of Notary Public - State of Florida)
(Print, Type or Stamp Commissioned Name of Notary Public, Commission Number and Expiration Date of Commission.)

Doug Clausen, Individually and as trustee of Jeanie L. Clausen Rev. Trust:

______________________________

Signed and dated this 29 day of June, 2018.

STATE OF IOWA )
COUNTY OF IDA )

The foregoing instrument was acknowledged before me this 29 day of June, 2018, by Doug Clausen, who is personally known to me or who has produced ______________________ as identification.

SUSAN L. FITCH
Commission Number 178982
My Commission Expires
April 12, 2019

______________________________
(Signature of Notary Public - State of Florida)
(Print, Type or Stamp Commissioned Name of Notary Public, Commission Number and Expiration Date of Commission.)

Matthew D. Bevins, Authorized Representative of ASSUREDPARTNERS OF FLORIDA, LLC d/b/a DAWSON OF FLORIDA:

______________________________

Signed and dated this 11th day of July, 2018.

STATE OF FL )
COUNTY OF Lee )

The foregoing instrument was acknowledged before me this 11th day of July, 2018, by Matthew D Bevins who is personally known to me or who has produced ______________________ as identification.

______________________________
(Signature of Notary Public - State of Florida)

(Print, Type or Stamp Commissioned Name of Notary Public, Commission Number and Expiration Date of Commission.)

HEATHER L COX
Notary Public - State of Florida
My Comm. Expires Oct 25, 2018
Commission # FF 137675