AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Florida

Doug Clausen and Joanie Clausen as Trustees on behalf of the Clausen Trust, Joanie S. Clausen Revocable Trust U/A dated April 29, 2003, and as Asignee of AssuredPartners of Florida, LLC d/b/a

*Plaintiff(s)*

v.

Burns and Wilcox, LTD and
US-Reports, Inc d/b/a Afirm Solutions

*Defendant(s)*

Civil Action No. 2:19-cv-605

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  BURNS AND WILCOX, LTD
Registered Agent, Amanda N. Ruppel
18302 Highwoods Preserve Parkway
Suite 300
Tampa, Florida 33647

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

J. Ronald Denman, Esq.
Bleakley Bavol Denman & Grace
15170 N. Florida Ave
Tampa, Florida 33613
rdenman@bbdglaw.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*